SARAH APTER, Appellant, v. MAX APTER, Respondent.— Order modifying final judgment of divorce modified by providing for the payment of twelve dollars per week, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ANDREW J. ARBUCKLE, Respondent, v. MILWAUKEE STAMPING COMPANY, Appellant.* — Order denying motion for dismissal of the third cause of action and for judgment on the pleadings reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion the clause contained in the contract in question providing for the cancellation of the contract upon thirty days' written notice by either party gave the defendant the right to terminate such contract at any time and was not limited to a termination at the end of a yearly period. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ALVINA BENNET, Respondent, v. SAMUEL P. AINSFIELD, Appellant. LESLIE L. BENNET, Respondent, v. SAMUEL P. AINSFIELD, Appellant. (Consolidated Actions.) Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

LEDWITH J. BRENNAN, Respondent, v. NORWICH UNION FIRE INSURANCE SOCIETY, LTD., Appellant.— Order of the County Court of Westchester county affirming judgment of the City Court of New Rochelle unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

BROOKLYN TRUST COMPANY, Respondent, v. EQUITABLE ELECTRIC Co., INC., and Others, Defendants, Impleaded with INTERNATIONAL TIME RECORDING COMPANY OF NEW YORK and SIGNAL ENGINEERING AND MANUFACTURING COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Scudder, Tompkins and Davis, JJ.

ARTHUR N. DUSENBURY and GEORGE B. ROBERTS, Copartners, Trading under the Firm Name and Style of DUSENBURY & ROBERTS, Appellants, v. STRATHCONA APARTMENTS, INC., Respondent.— Order of the County Court of Westchester county as resettled reversing judgment and order of the City Court of White Plains, and judgment of the City Court of White Plains entered pursuant thereto, reversed on the law and the facts, with costs to appellants, and judgment of the said City Court dated November 23, 1931, reinstated, with costs. In our opinion, on the undisputed facts and plaintiffs' proof as to custom in such cases, they are entitled to recover two and one-half per cent commission on the aggregate rentals for the term of the renewal of the lease. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Carswell, J., dissent.

PLATON FICHUK, Respondent, v. SAM OCKO and FLORENCE OCKO, Appellants. — Judgment and order of the County Court of Rockland county reversed on the law and a new trial ordered, costs to abide the event. The action was based upon an express contract of service. It was error to charge the jury that there could be a recovery on the theory of a *quantum meruit*. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.